# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH THOMAS, | 1:04-CV-05793-OWW-YNP-GSA (PC) |
| Plaintiff, | ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| D. CARRASCO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 17, 2006, judgment was entered in this action on the ground that Plaintiff failed to state a claim for relief. On August 12, 2008, the Ninth Circuit issued a mandate, reversing and remanding this action to the District Court. Pursuant to order entered on May 12, 2009, this action was referred to the Magistrate Judge to direct service of process upon defendants in accordance with the memorandum opinion entered by the Ninth Circuit panel on July 21, 2008. Accordingly, it is HEREBY ORDERED that:

1. Service of the April 29, 2009, First Amended Complaint is appropriate for the following defendants:

    DAVID CARRASCO

    VERONICA MENDOZA

    BEN NDOH

    CHRIS ANGIOL

    PEGGY DUNIFER

1

|   |   |
|---|---|
| 1 | E. SANCHEZ |
| 2 | C. L. COOPER |
| 3 | JENNIFER NULL |
| 4 | KEN CLARK |
| 5 | P. ENRIQUEZ |
| 6 | N. GRANNIS |
| 7 | BARRY ALVES |
| 8 | VINCE ADAMS |
| 9 | CAROLYN PETERSON |

2. The Clerk of the Court shall send Plaintiff fourteen USM-285 forms, fourteen summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the First Amended Complaint filed April 29, 2009.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Fifteen copies of the endorsed First Amended Complaint filed April 29, 2009.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated: **June 17, 2009**              /s/ **Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE